302

Argued April 24, affirmed May 5, petition for review
denied July 1, 1975

TED W. REED, *Petitioner, v.* BOARD OF PAROLE,
*Respondent.*

ZEBULIN V. ROBBINS, *Petitioner, v.* BOARD
OF PAROLE, *Respondent.*

534 P2d 983

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for petitioners. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Rhidian M. M. Morgan,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *Bailleaux v. Cupp,* 16 Or App 573, 520 P2d 483, Sup Ct *review denied* (1974); *Sterling v. Bd. of Parole,* 16 Or App 481, 519 P2d 1047, Sup Ct *review denied* (1974).